# United States District Court
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Jeri Michele (Jones) Smith | JUDGMENT IN A CRIMINAL CASE<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number: CR206-00037-001<br><br>USM Number: 12825-021<br><br>C. Brent Green<br>Defendant's Attorney |

**THE DEFENDANT:**

[X] did not contest the violation of conditions of probation..
[ ] was found in violation of condition(s) _ after denial of guilt.

The defendant is adjudicated guilty of these violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed another Federal, state, or local crime (mandatory condition). | November 5, 2007 |

The defendant is sentenced as provided on page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s)___ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No: XXX-XX-4607

Defendant's Date of Birth: April 13, 1984

November 20, 2007
Date of Imposition of Judgment

*Signature of Judge*

James E. Graham
United States Magistrate Judge
Name and Title of Judge

November 20, 2007
Date

Defendant's Residence Address:
639 Maple Court, Apt. C
St. Marys, Georgia 31558

Defendant's Mailing Address:
639 Maple Court, Apt. C
St. Marys, Georgia 31558

DEFENDANT: Jeri Michele (Jones) Smith
CASE NUMBER: CR206-00037-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: __90 days__.

[ ] The Court makes the following recommendations to the Bureau of Prisons:

[X] The defendant is remanded to the custody of the United States Marshal.
[ ] The defendant shall surrender to the United States Marshal for this district,

    [ ] at ___ [ ] a.m. [ ] p.m. on _____.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before 2 p.m. on _____.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.


United States Marshal

By _____

Deputy United States Marshal